FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 SEP 17 PM 12:01
CLERK _____
SO. DIST. OF GA.

CHRISTOPHER UNDRAY WELLS
_____
_____
_____

(Enter above full name of plaintiff or plaintiffs)

v.

Joseph Butler Glynn county police
Ware county SheirFF department
Waycross police Department
Glynn county police Department
Brunswick police Department
~~Coastal~~ CGVGTF

(Enter above full name of defendant or defendants)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes ____ No ✓

    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: _____

            Defendants: _____

        2. Court (if federal court, name the district; if state court, name the county): _____

        3. Docket number: _____

        4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____ No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district):

   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes _____ No _____

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____  _____

II. Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution? Yes ___ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ___ No ___

C. If your answer to B is yes:

1. What steps did you take? _____
_____
_____
_____
_____
_____

2. What was the result? _____
_____
_____
_____
_____
_____
_____

3

Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ____ No ____

If yes, what was the result? _____
_____
_____
_____

D. If you did not utilize the prison grievance procedure, explain why not: ____
_____
_____
_____

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Christopher Wells
Address: CHatham county DEtention Center
1074 Carl Griffin DRive
Savannah Georgia 31405

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Joseph Butler
Position: CGVGTF
Place of employment: Glynn County Police department
Current address: _____

C. Additional defendants: SEE ATTached
_____
_____
_____
_____

4

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See Attached

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See Attached

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __Sept__, 20__18__.

Prisoner No. __01804455__         __Christopher Wells__
                                   (Signature of Plaintiff)

6