# INDEX.

Each Chapter has the Rights Violated at the end as a Summary of what happen and did violate my Constitutional Rights By Each person wich Do Give its own Conclusion See All the Attached Because of its volume I did not write on the fourm much to Keep it Neat as possible. I have Number Each Chapter with each Name and Relife Sought.

Chapter 1
UNITED States Aissistant ATTORNEY Marclea Matro

Chapter 2

Stephanie R Mcdonald

Chapter 3

FBI SWAT TEAM of Atlanta GA

CHApter 4

Coastal Georgia Violent Gang task force

Chapter 5
Joseph Butler Glynn count police.