# In the United States District Court for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CHRISTOPHER UNDRAY WELLS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:18-cv-109 |
| | * | |
| v. | * | |
| | * | |
| MARCELA MATEO, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 19.

On March 17, 2020, Plaintiff filed a letter concerning a plea agreement he made in his ongoing criminal case, No. 5:17-cr-12, in which Plaintiff agreed to "waive [his] right to hold the officers involved with case harmless." Dkt. No. 21. Plaintiff states he accepted the plea agreement but expressed concerns over whether a response to the Report and Recommendation would affect the plea agreement. Id.

Plaintiff's letter is not responsive to the Report and Recommendation. Plaintiff does not object to the Magistrate Judge's recommendation that his civil case be dismissed.

Likewise, Plaintiff's criminal case does not affect the disposition of his civil case. Finally, Plaintiff failed to file an Amended Complaint within the time the Magistrate Judge permitted. Dkt. No. 19.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES** Plaintiff's Complaint, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 23 day of March, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)