### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 9:40 am, Aug 27, 2020

CHRISTOPHER UNDRAY WELLS,

        Plaintiff-Appellant,

vs.

Case No.: 2:18-cv-109
Appeal No.: 20-12798-J

MARCELA C. MATEO,
Assistant United States Attorney,
Individual and Official Capacities,
STEPHANIE R. MCDONALD,
Attorney, in Individual Capacity,
FBI SWAT TEAM ATLANTA GEORGIA,
In Individual and Official Capacities,
COASTAL GEORGIA VIOLENT GANG TASK FORCE,
In Individual and Official Capacities,
JOSEPH BUTLER, Glynn County Police, et al.,

        Defendants-Appellees,

### ADOPTION ORDER

The Eleventh Circuit Court of Appeals having DISMISSED this appeal for want of prosecution;

**IT IS HEREBY ORDERED** that the Order of the Eleventh Circuit Court of Appeals is made the Order of this Court.

**SO ORDERED**, this __27__ day of AUGUST 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA